IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED

SEP 29 2016

CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

STEVEN J. BAGGARLY

Case No. 2:16mj404
Court Date: November 7, 2016

CRIMINAL INFORMATION

(Misdemeanor)-Violation Notice No. 6883551

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 10, 2016, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, STEVEN J. BAGGARLY, did knowingly and unlawfully enter and was found upon Naval Air Station Oceana property after having been ordered by the Commanding Officer, Naval Air Station Oceana, Virginia Beach, Virginia, not to reenter any naval installation in the Hampton Roads, Virginia area.

(In violation of Title 18, United States Code, Section 1382).

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*/s/ James T. Cole*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

29 September 2016
Date